# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | CASE NUMBER: 06-7102M |
| BRANDON SHAMBAUGH | Elizabeth Schifrin |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information: Driving Under the Influence, Misdemeanor.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(1)(a) | Driving Under the Influence | 11-23-05 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, a transcript of which is attached hereto and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 1, 2006
Date of Imposition of Judgment

s/Daniel B. Sparr
Signature of Judicial Officer

Daniel B. Sparr
U.S. District Court Judge
Name & Title of Judicial Officer

February 1, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) days jail suspended on the condition that defendant successfully complete a six month period of unsupervised probation and the terms and conditions of same.

## PROBATION

The Defendant shall attend and complete Level 2 Drug & Alcohol Awareness Counseling through the Adult/Youth Counseling Services.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Other Fees | Fine | Restitution |
|---|---|---|---|
| Special Assessment | $25.00 | $50.00 | |
| Processing Fee | $25.00 | | |
| **TOTALS** | $50.00 | $50.00 | $0.00 |